UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA AGUIRRE,<br><br>    Plaintiff,<br><br>    v.<br><br>NSMG SHARED SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 3:18-cv-01030-JD<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 20 |

Plaintiff's counsel of record, Na'il Benjamin, failed to appear for the initial case management conference on May 24, 2018. Dkt. No. 20. Benjamin's failure to appear was unexcused and violates the local rules and this Court's standing orders. The Court orders Benjamin to show cause in writing by **June 8, 2018** why sanctions should not be imposed. Further unexcused absences may result in dismissal.

**IT IS SO ORDERED.**

Dated: May 25, 2018

JAMES DONATO
United States District Judge